**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     David  Carnes v. Nation Health Finance DM, LLC

Appellate case number:   01-19-00729-CV

Trial court case number: 2019-17112

Trial court:             80th District Court of Harris County

    Appellant's motion for extension of time to file its notice of appeal is GRANTED.

Appellee's notice of appeal is due Monday, September 30, 2019.


    It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually


Date:___October 3, 2019_____